1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROBERT S. HUIE)**

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JORGE MANUEL LOPEZ GONZALEZ,<br><br>  Defendant. | CASE NO.:  23-CR-1728-RSH<br><br>**ORDER TO FILE UNDER SEAL: APPLICATION FOR UNDER SEAL SUBMISSION AND DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM** |
|---|---|

Motion to file under seal having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion to File Under Seal and Defendant's Supplement Sentencing Memorandum be filed **UNDER SEAL.**

**SO ORDERED**.

Dated: ___2/10/25___

_____
Honorable Robert S. Huie
United States District Judge

ORDER TO FILE DOCUMENTS UNDER SEAL